IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **DOUGLAS EDDINGS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BIGHAM CABLE CONSTRUCTION, INC. and LLL COMMUNICATIONS, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO. 4:22-CV-00017-CDL** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Douglas Eddings and Defendants Bigham Cable Construction, Inc., and LLL Communications, LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and, in light of the negotiated settlement of all claims, hereby jointly stipulate that the above-styled case be dismissed WITH PREJUDICE. Each party shall bear its own costs, attorneys' fees, and expenses of litigation.

Respectfully submitted, this 3rd day of January, 2023.

/s/ *Thomas F. Gristina*
THOMAS F. GRISTINA
Georgia Bar no. 452454
WILLIAM L. TUCKER
Georgia Bar No. 718050
AUSTIN S. GIBSON
Georgia Bar No. 667572
*Attorneys for Plaintiff*

**(SIGNATURES CONTINUED ON FOLLOWING PAGE)**

**EDDINGS V. BIGHAM CABLE CONSTRUCTION, INC., ET AL.**
**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA**
**4:22-CV-00017-CDL**

**(SIGNATURES CONTINUED FROM PREVIOUS PAGE)**

PAGE, SCRANTOM, SPROUSE,
TUCKER & FORD, P.C.
1111 Bay Avenue, Third Floor
Post Office Box 1199
Columbus, Georgia 31902-1199
706-324-0251
tfg@psstf.com
wlt@psstf.com
asg@psstf.com

/s/ *Jeffrey A. Brown*
JEFFREY A. BROWN
Georgia Bar No. 064441
ABIGAIL W. MILLER
Georgia Bar no. 142820
*Attorneys for Bigham Cable Construction, Inc. and Goldcom Fiber Optics, LLC*

BROWN & ADAMS, LLC
Post Office box 139
Columbus, Georgia 31902-0139
706-653-6109
jbrown@brownadamsllc.com

/s/ *Thomas Peter Allen III*
THOMAS PETER ALLEN III
Georgia Bar No. 011995
*Attorney for Defendant LLL Communications, LLC*

MARTIN SNOW, LLP
240 Third Street
Post Office Box 1606
Macon, Georgia 31202-1606
(478) 749-1700
(478) 743-4204 (facsimile)
tpallen@martinsnow.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court for the United States District Court for the Middle District of Georgia using the CM/ECF system, which will send notification of such filing to counsel of record for all parties in this case.

This 3rd day of January, 2023.

/s/ *Thomas F. Gristina*
Counsel for Plaintiff